UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1879 JRT/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY ZAPOLSKI,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 22 day of May, 2001

UNITED STATES MAGISTRATE JUDGE

FILED MAY 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD___________
DEPUTY CLERK___________