UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1879 JRT/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY ZAPOLSKI,<br><br>Defendant,<br><br>DANNY'S AUTO,<br><br>Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about November 28, 2001.

On or about November 28, 2001, the defendant was personally served with notice of his or her right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about December 20, 2001. The Answer filed by the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. However, those wages already being subject to a previous garnishment order for the maximum amount allowable by law, this Court concludes there is

FILED FEB 20 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

14

insufficient wages left for this garnishment action.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on Danny's Auto is hereby released.

Dated: 2/20/02

Raymond L. Erickson
Magistrate Judge
United States District Court